# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MASOUD BAMDAD,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. **CV 12-5399-GW** ✔
CR 08-506-GW

**JUDGMENT**

Pursuant to the Ruling on Motion to Vacate under 28 U.S.C. § 2255, IT IS ADJUDGED that the petition in this matter is denied and this action is dismissed with prejudice.

Dated: This 29th day of May, 2013

_____
GEORGE H. WU
United States District Judge