# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MASOUD BAMDAD,	)	Case No. **CV 12-5399-GW** ✔
	)	CR 08-506-GW
        Petitioner,	)
	)	**JUDGMENT**
	)
    v.	)
	)
UNITED STATES OF AMERICA,	)
	)
        Respondent.	)
_____)

      Pursuant to the Ruling on Motion to Vacate under 28 U.S.C. § 2255, IT IS ADJUDGED that the petition in this matter is denied and this action is dismissed with prejudice.

Dated: This 29th day of May, 2013

                                                  _____
                                                       GEORGE H. WU
                                                   United States District Judge